AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Todd Branden Casey
DOB: XXXXXX

_____
*Defendant(s)*

)
)
)
)
)
)
)
)

Case: 1:23-mj-00228
Assigned To : Harvey, G. Michael
Assign. Date : 8/25/2023
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) (Civil Disorder), | |
| 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers), | |
| 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds), | |
| 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) , | |
| 18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds), | |
| 40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings), | |
| 40 U.S.C. § 5104(e)(2)(F)(Act of Physical Violence in the Capitol Grounds or Buildings) . | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____08/25/2023_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

_____G. Michael Harvey, U.S. Magistrate Judge_____
*Printed name and title*